**RECEIVED**
APR 1 6 2004
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED APR 2 0 2004

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. NEIL SMITH FARMS, LTD. | CIVIL ACTION NO. 02-971-D-M3 |
| VERSUS | JUDGE JAMES J. BRADY |
| CHEVRON U.S.A. INC., PENNZOIL PETROLEUM COMPANY, and BP AMERICA PRODUCTION COMPANY | MAGISTRATE DOCIA DALBY |

### FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Complainant, **DR. NEIL SMITH FARMS, LTD.**, who respectfully represents the following:

1.

Complainant re-avers and re-alleges all allegations in its original Complaint as if plead herein in *extenso*.

2.

Complainants amend the caption to read as follows:

"UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. NEIL SMITH FARMS, LTD. and JOSEPH U. GUIDROZ | CIVIL ACTION NO. 02-971-D-M3 |
| VERSUS | JUDGE JAMES J. BRADY |
| CHEVRON U.S.A. INC., PENNZOIL PETROLEUM COMPANY, and BP AMERICA PRODUCTION COMPANY" | MAGISTRATE DOCIA DALBY |



3.

Complainants add the following subpart to Paragraph 2:

(2)   **Joseph U. Guidroz**, an individual of the full age of majority who owns land described in Paragraph 1 above.

4.

Complainants amend Paragraph 27 to read as follows:

"Claimant, DR. NEIL SMITH FARMS, LTD. had no knowledge of the possibility of the claims or damages alleged herein until less than four (4) months prior to February 15, 2002. Claimant, JOSEPH U. GUIDROZ, had no knowledge of and first learned of the possibility of pollution and the related pollution claims asserted herein on or about December 1, 2003."

Except as amended herein, complaints' original Petition remains unchanged.

WHEREFORE, complainants reiterate the contents of its original prayer herein; Complainants further pray that defendants be served with a copy of this First Supplemental and Amending Complaint and cited to answer same within the time allowed by law, and that after due proceedings, there be judgment entered herein in favor of complainants and against defendants, finding defendants liable and awarding complainants damages as set out in its original prayer.

Respectfully submitted,

WILLIAM W. GOODELL, JR., P.L.C.
William W. Goodell, Jr. (#6129)
P.O. Box 52663
Lafayette, LA 70505-2663
Telephone No: 337-593-1263
Fax No: 337-593-1264

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been mailed, postage prepaid and properly addressed to all counsel of record:

Lafayette, Louisiana this ___12___ day of April, 2004.

_____
William W. Goodell, Jr.